CLOSED,JMS,MEDIATION,REF_DISCOV,STAYED

## U.S. District Court
## Southern District of Florida (Ft Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:20−cv−61408−DPG

Gilmer v. Bureau Veritas Commodities and Trade, Inc.  
Assigned to: Judge Darrin P. Gayles  
Referred to: Magistrate Judge Jared M. Strauss  
Cause: 29:2611 Family Medical Leave Act  

Date Filed: 07/13/2020  
Date Terminated: 04/20/2021  
Jury Demand: Plaintiff  
Nature of Suit: 751 Labor: Family and Medical Leave Act  
Jurisdiction: Federal Question  

**Plaintiff**

**Ms. Joan Gilmer**     represented by     **Arthur Mandel**  
Coane & Associates  
407 Lincoln Road  
Suite 306  
Miami Beach, FL 33139  
9178058518  
Email: arthurm88@icloud.com *(Inactive)*  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Bruce A. Coane**  
Coane and Associates, PLLC  
5177 Richmond Avenue, Suite 770  
Houston, TX 77056  
(713) 850−0066  
Email: bruce.coane@gmail.com  
*ATTORNEY TO BE NOTICED*

**Lisa Kuhlman Tietig**  
JH Zidell, PA  
Suite 605  
300 71st Street  
Suite 605  
Miami Beach  
Miami Beach, FL 33141  
3058656766  
Fax: 305−865−7167  
Email: lkuhlman.jhzidellpa@gmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bureau Veritas Commodities and Trade, Inc.**     represented by     **Cameron Gable Kynes**  
*formerly known as*  
Inspectorate America Corp.  
McGuireWoods LLP  
50 N Laura St.  
Suite 3300  
Jacksonville, FL 32202

904−798−3411
Fax: 904−798−3207
Email: ckynes@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghaan C. Madriz**
McGuireWoods LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX 77002
(832) 255−6365
Email: mmadriz@mcguirewoods.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2020 | Ï 1 | COMPLAINT against Bureau Veritas Commodities and Trade, Inc.. Filing fees $ 400.00 receipt number AFLSDC−13169700, filed by Joan Gilmer. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summon(s) Summons)(Tietig, Lisa) (Entered: 07/13/2020) |
| 07/13/2020 | Ï 2 | Clerks Notice of Judge Assignment to Judge Darrin P. Gayles.  Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Jared M. Strauss is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.  Pro se (NON−PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON−PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (pcs) (Entered: 07/13/2020) |
| 07/13/2020 | Ï 3 | Summons Issued as to Bureau Veritas Commodities and Trade, Inc. (pcs) (Entered: 07/13/2020) |
| 07/13/2020 | Ï 4 | Clerks Notice to Filer re: Electronic Case. Alias Not Added. The Filer failed to add the alias information for the party(ies). The correction was made. It is not necessary to re−file this document. (pcs) (Entered: 07/13/2020) |
| 07/13/2020 | Ï 5 | NOTICE OF COURT PRACTICE. Unless otherwise specified by the Court, every motion shall be double−spaced in Times New Roman 12−point typeface. **Multiple Plaintiffs or Defendants shall file joint motions with co−parties unless there are clear conflicts of position.** If conflicts of position exist, parties shall explain the conflicts in their separate motions. Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the striking of the motion or dismissal of this action. Signed by Judge Darrin P. Gayles (bfk) (Entered: 07/13/2020) |
| 07/14/2020 | Ï 6 | Bar Letter re: Admissions sent to attorney Bruce A. Coane, mailing date July 14, 2020, (pt) (Entered: 07/14/2020) |
| 07/14/2020 | Ï 7 | WAIVER OF SERVICE Returned Executed by Joan Gilmer. Bureau Veritas Commodities and Trade, Inc. waiver sent on 7/14/2020, answer due 9/14/2020. (Tietig, Lisa) (Entered: 07/14/2020) |
| 09/11/2020 | Ï 8 | MOTION to Dismiss for Lack of Jurisdiction 1 Complaint *"Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for Improper Venue or, In the Alternative, Motion to* |

| | | |
|---|---|---|
| | | *Transfer Venue with Incorporated Memorandum of Law"* by Bureau Veritas Commodities and Trade, Inc.. Attorney Cameron Gable Kynes added to party Bureau Veritas Commodities and Trade, Inc.(pty:dft). Responses due by 9/25/2020 (Attachments: # 1 Exhibit Declaration of Renee Dunlap)(Kynes, Cameron) (Entered: 09/11/2020) |
| 09/24/2020 | Ï 9 | Agreed MOTION for Extension of Time to File Response/Reply/Answer as to 8 MOTION to Dismiss for Lack of Jurisdiction 1 Complaint *"Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for Improper Venue or, In the Alternative, Motion to Transfer Venue with Incorporated Memorand by Joan Gilmer. (Tietig, Lisa) (Entered: 09/24/2020)* |
| 09/24/2020 | Ï 10 | PAPERLESS ORDER granting Plaintiff's 9 Agreed Motion for Enlargement of Time to File Response and Reply Briefs to Defendant's Motion to Dismiss. Plaintiff shall have until October 15, 2020 to file a response to 8 Defendant's Motion to Dismiss. Defendant shall file a reply on its motion on or before November 2, 2020. Signed by Judge Darrin P. Gayles (mcy) (Entered: 09/24/2020) |
| 09/25/2020 | Ï 11 | PAPERLESS ORDER REQUIRING JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER. Pursuant to S.D. Fla. Local Rule 16.1, on or before **October 15, 2020**, the parties shall prepare and file a Joint Scheduling Report, as well as Certificates of Interested Parties and Corporate Disclosure Statements.<br><br>The parties shall also file a Proposed Scheduling Order, adhering to the format and guidance of the attached form. If the parties deviate in any way from that format and guidance, they **shall** contemporaneously submit a written explanation, which provides their purported justification for each and every deviation. ***If the parties fail to submit such written explanation, the Court may enter a Scheduling Order that does not take into account the parties' proposed dates.***<br><br>Failure to comply with this Order shall be grounds for dismissal without prejudice and without further notice. Signed by Judge Darrin P. Gayles (mcy) (Entered: 09/25/2020) |
| 10/09/2020 | Ï 12 | Defendant's Certificate of Other Affiliates/Corporate Disclosure Statement by Bureau Veritas Commodities and Trade, Inc. identifying Corporate Parent Bureau Veritas Holdings, Inc., Corporate Parent Bureau Veritas S.A. for Bureau Veritas Commodities and Trade, Inc. (Kynes, Cameron) (Entered: 10/09/2020) |
| 10/13/2020 | Ï 13 | Second MOTION for Extension of Time to File Response/Reply/Answer as to 8 MOTION to Dismiss for Lack of Jurisdiction 1 Complaint *"Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for Improper Venue or, In the Alternative, Motion to Transfer Venue with Incorporated Memorand, 10 Order on Motion for Extension of Time to File Response/Reply/Answer, Agreed by Joan Gilmer. (Tietig, Lisa) (Entered: 10/13/2020)* |
| 10/13/2020 | Ï 14 | PAPERLESS ORDER granting 13 Second Agreed Motion for Enlargement of Time to File Response and Reply Briefs to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for Improper Venue, or, in the Alternative, Motion to Transfer Venue. Plaintiff shall file a response to 8 Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for Improper Venue, or, in the Alternative, Motion to Transfer Venue on or before **October 22, 2020**, and Defendant shall file its reply on or before **November 9, 2020**. Signed by Judge Darrin P. Gayles (mcy) (Entered: 10/13/2020) |
| 10/15/2020 | Ï 15 | Joint SCHEDULING REPORT – **Rule 16.1** by Joan Gilmer (Attachments: # 1 Text of Proposed Order Proposed Scheduling Order)(Tietig, Lisa) (Entered: 10/15/2020) |
| 10/16/2020 | Ï 16 | Plaintiff's Certificate of Other Affiliates/Corporate Disclosure Statement by Joan Gilmer identifying Corporate Parent Bureau Veritas Commodities and Trade Inc., Corporate Parent Bureau Veritas Holdings, Inc. for Joan Gilmer (Tietig, Lisa) (Entered: 10/16/2020) |
| 10/20/2020 | Ï 17 | |

| | | |
|---|---|---|
| | | RESPONSE in Opposition re 8 MOTION to Dismiss for Lack of Jurisdiction 1 Complaint *"Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for Improper Venue or, In the Alternative, Motion to Transfer Venue with Incorporated Memorand* filed by Joan Gilmer. Replies due by 10/27/2020. (Attachments: # 1 Exhibit Ex A Texas Secretary of State document, # 2 Affidavit Ex B Declaration of Joan Gilmer, # 3 Affidavit Ex C Declaration of Lisa Kuhlman, # 4 Exhibit Ex D Texas Secretary of State Name Change, # 5 Exhibit Ex E Florida Secretary of State Name Change Documents, # 6 Exhibit Ex F Correspondence from Defendant's Associate General Counsel)(Tietig, Lisa) (Entered: 10/20/2020) |
| 11/09/2020 | 18 | REPLY to Response to Motion re 8 MOTION to Dismiss for Lack of Jurisdiction 1 Complaint *"Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Motion to Dismiss for Improper Venue or, In the Alternative, Motion to Transfer Venue with Incorporated Memorand* filed by Bureau Veritas Commodities and Trade, Inc.. (Attachments: # 1 Exhibit Declaration of Meghaan C. Madriz)(Kynes, Cameron) (Entered: 11/09/2020) |
| 11/20/2020 | 19 | SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE: ( Jury Trial set for 11/15/2021 in Miami Division before Judge Darrin P. Gayles., Calendar Call set for 11/10/2021 09:30 AM in Miami Division before Judge Darrin P. Gayles., Status Conference set for 9/8/2021 10:00 AM in Miami Division before Judge Darrin P. Gayles., Amended Pleadings due by 12/14/2020., Expert Discovery due by 7/12/2021., Fact Discovery due by 7/12/2021., Joinder of Parties due by 12/14/2020., Dispositive Motions due by 8/13/2021., In Limine Motions due by 9/15/2021., Pretrial Motions due by 9/15/2021., Joint Pretrial Stipulation due by 10/15/2021.), ORDER REFERRING CASE to Mediation. ( Mediation Deadline 8/13/2021.), ORDER REFERRING CASE to Magistrate Judge Jared M. Strauss for Discovery Matters. Signed by Judge Darrin P. Gayles on 11/20/2020. *See attached document for full details.* (lk)<br><br>*Pattern Jury Instruction Builder* – To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 11/23/2020) |
| 11/23/2020 | 20 | DISCOVERY PROCEDURES ORDER. Signed by Magistrate Judge Jared M. Strauss on 11/23/2020. *See attached document for full details.* (emd) (Entered: 11/23/2020) |
| 12/03/2020 | 21 | NOTICE of Mediator Selection. Selected/Added Marlene Quintana as Mediator. (Tietig, Lisa) (Entered: 12/03/2020) |
| 02/17/2021 | 22 | MOTION to Stay *Discovery Pending Disposition of its Motion to Dismiss and Incorporated Memorandum of Law* by Bureau Veritas Commodities and Trade, Inc.. Responses due by 3/3/2021 (Kynes, Cameron) (Entered: 02/17/2021) |
| 02/24/2021 | 23 | RESPONSE in Opposition re 22 MOTION to Stay *Discovery Pending Disposition of its Motion to Dismiss and Incorporated Memorandum of Law* filed by Joan Gilmer. Replies due by 3/3/2021. (Tietig, Lisa) (Entered: 02/24/2021) |
| 02/25/2021 | 24 | Unopposed MOTION to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing for Meghaan C. Madriz. Filing Fee $ 200.00 Receipt # AFLSDC–14451124 by Bureau Veritas Commodities and Trade, Inc.. Responses due by 3/11/2021 (Attachments: # 1 Text of Proposed Order)(Kynes, Cameron) (Entered: 02/25/2021) |
| 03/01/2021 | 25 | REPLY to Response to Motion re 22 MOTION to Stay *Discovery Pending Disposition of its Motion to Dismiss and Incorporated Memorandum of Law* filed by Bureau Veritas Commodities and Trade, Inc.. (Kynes, Cameron) (Entered: 03/01/2021) |
| 03/01/2021 | 26 | PAPERLESS ORDER granting 24 Motion for Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. Meghaan C. Madriz may appear and participate in this action on behalf of Defendant. The Clerk shall provide electronic notification of all electronic filings to Meghaan C. Madriz at mmadriz@mcguirewoods.com. Signed by Judge Darrin P. Gayles |

| | | |
|---|---|---|
| | | (mcy) (Entered: 03/01/2021) |
| 03/03/2021 | 27 | PAPERLESS ORDER granting 22 Defendant's Motion to Stay Discovery Pending Disposition of its Motion to Dismiss."[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them," *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997), which includes the "broad discretion to stay proceedings as an incident to its power to control its own docket," *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Given the pending jurisdictional question before the Court, the Court shall exercise its discretion and stay merits−based discovery pending the Court's ruling on Defendant's Motion to Dismiss 8 . Signed by Judge Darrin P. Gayles (mcy) (Entered: 03/03/2021) |
| 03/05/2021 | 28 | NOTICE of Change of Address, Email or Law Firm Name by Lisa Kuhlman Tietig (Tietig, Lisa) (Entered: 03/05/2021) |
| 04/16/2021 | 29 | Unopposed MOTION to Stay re 19 Scheduling Order,,,,, Order Referring Case to Mediation,,,,, Order Referring Case to Magistrate Judge,,,, by Joan Gilmer. Responses due by 4/30/2021 (Tietig, Lisa) (Entered: 04/16/2021) |
| 04/19/2021 | 30 | PAPERLESS ORDER granting 29 Unopposed Motion to Stay Scheduling Order. The deadlines in the Scheduling Order 19 shall be stayed pending resolution of Defendant's Motion to Dismiss 8 . Signed by Judge Darrin P. Gayles (mcy) (Entered: 04/19/2021) |
| 04/20/2021 | 31 | ORDER granting in part and denying in part 8 Motion to Dismiss for Lack of Jurisdiction and Improper Venue or, in the Alternative Motion to Transfer Venue. Transferring Case to the United States District Court to the Southern District of Texas; Closing Case. Signed by Judge Darrin P. Gayles on 4/20/2021. *See attached document for full details.* (ls) (Entered: 04/21/2021) |
| 04/20/2021 | | Civil Case Terminated. Closing Case. (ls) (Entered: 04/21/2021) |