United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOAN GILMER,<br><br>Plaintiff,<br><br>vs.<br><br>BUREAU VERITAS COMMODITIES AND TRADE, INC.,<br><br>Defendant. | Civil Action No. 4:21−cv−01322 |

## ORDER ON DFENDANT BUREAU VERITAS'S
## MOTION TO DISMISS DUE TO DEATH OF PLAINTIFF

AND NOW, this 17th day of July, 2023, this matter is before the Court on Defendant Bureau Veritas Commodities and Trade, Inc.'s ("Bureau Veritas") Motion to Dismiss Plaintiff Joan Gilmer's ("Plaintiff") Complaint in its entirety pursuant to Federal Rule of Civil Procedure 25(a) due to Plaintiff's death.

Upon consideration of Bureau Veritas's Motion to Dismiss, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion is GRANTED, and Plaintiff's Complaint and all claims asserted or that could have been asserted in the above-captioned case are dismissed with prejudice.

Dated: July 17, 2023

_____
UNITED STATES DISTRICT JUDGE